UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| WALTER BRANSON BENNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:25-cv-00172-RLY-CSW |
| | ) | |
| VENUWORKS OF EVANSVILLE, L.L.C., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>MAGISTRATE JUDGE'S ENTRY RECOMMENDING DISMISSAL</u>**

This matter is before the Court on Plaintiff's failure to cooperate in discovery in his own case, failure to comply with the Court's Orders, and failure to show cause for the aforementioned failures.

On June 12, 2026, the Court held an In-Person Discovery Dispute Conference with the Parties, with Plaintiff appearing *pro se* and Defendant appearing by counsel. (Dkt. 54). At the Conference, the Magistrate Judge reminded Plaintiff of his obligation to cooperate in discovery and ordered him to provide full and complete responses to Defendant's discovery requests, including its Requests for Production, on or before June 12, 2026. (*Id.*).

On July 20, 2026, Defendant informed the Court that Plaintiff failed to provide documents responsive to the Requests for Production by the deadline. (Dkt. 58).

On July 24, 2026, the Court Ordered Plaintiff to show cause for his failure to comply with the Court's Order to produce responses to Defendant's Requests for Production. (Dkt. 59). The deadline to show cause was August 3, 2026. (*Id.*).

The Court further warned that sanctions may result for failure to comply:

> **FAILURE TO TIMELY COMPLY WITH THE DIRECTIVES IN THIS ORDER MAY RESULT IN AN AWARD OF SANCTIONS up to and including fines, an order to pay Defendant's attorney's fees and costs of defense, and/or DISMISSAL OF**

> **THE CASE WITH PREJUDICE pursuant to Fed. R. Civ. P. Rule 41(b).**

(*Id.* (emphasis in the original)).

As Defendant points out in its August 5, 2026, Notice Regarding Plaintiff's Discovery, the deadline for Plaintiff to show cause has now passed. (Dkt. 62). Further, Defendant explains that "[t]o date, Plaintiff has not provided undersigned counsel with written responses to its Requests for Production." (*Id.*). Troublingly, Plaintiff has nevertheless continued to pursue this litigation according to his own prerogative — namely, by filing miscellaneous arguments and photographs — rather than heed the Court's directives and cooperate in discovery as ordered and required. *See*, *e.g.*, (Dkts. 60, 61).

Therefore, the Undersigned Magistrate Judge **RECOMMENDS DISMISSAL OF THIS CASE WITH PREJUDICE** for Plaintiff's failure to cooperate in discovery, failure to comply with the Court's Orders, and failure to show cause for the aforementioned failures.

**SO ORDERED.**

Date: August 5, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

WALTER BRANSON BENNETT
324 Northwest Sixth Street
Apt. 7
Evansville, IN 47708