UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| WALTER BRANSON BENNETT,<br><br>Plaintiff,<br><br>v.<br><br>VENUWORKS OF EVANSVILLE, L.L.C., and UNNAMED DOES 1-3,<br><br>Defendants. | ) | No. 3:25-cv-00172-RLY-CSW |

**ORDER ADOPTING MAGISTRATE JUDGE'S ORDER RECOMMENDING DISMISSAL**

The Magistrate Judge recommends that the court dismiss this case with prejudice for Plaintiff's failure to cooperate in discovery, failure to comply with the court's Orders, and failure to show cause for those failures. The court, having reviewed the record, Plaintiff's objection, and Defendant Venuworks of Evansville, LLC's response, **OVERRULES** Plaintiff's objection (Dkt. 66) and **ADOPTS** the Magistrate Judge's recommendation (Dkt. 63). This case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** this 1st day of September 2026.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record and by U.S. Mail to:

Walter Branson Bennett
324 Northwest Sixth Street, Apt. 7
Evansville, IN 47708